No. 27, Misc. FELTON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Allen J. Krouse* for petitioner. *Solicitor General Perlman, Assistant Attorney*

*General Quinn, Robert S. Erdahl* and *Josephine H. Klein* for the United States.